# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2017

Stephen J. Markman,
Chief Justice

156617

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

RETAIL WORKS FUNDING LLC,
            Plaintiff-Appellant,

v                                                              SC: 156617
                                                               COA: 332453
                                                               Oakland CC: 2015-148461-CB
TUBBY'S SUB SHOPS, INC. and
JB DEVELOPMENT LLC,
            Defendants-Appellees.

_____/

On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2017



d1031

Clerk